UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS D. JOHNSON, | No. 1:26-cv-03883-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AS PREMATURE |
| v. | |
| MALLARI, et al., | (ECF No. 9) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On June 1, 2026, Plaintiff filed a motion requesting the Court to set a settlement conference. (ECF No. 9.)

The Court notes it is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). Here, the Court has yet to screen Plaintiff's complaint as his complaint was stricken from the record for lack of signature. (ECF No. 8.)  Thus, because the

1

Court has not determined that the complaint states a cognizable claim against anyone, directing service on any individual is premature. So, too, would be an order requiring parties who have not yet been served or appeared in this litigation to participate in settlement discussions. Indeed, the Court notes that the pendency of this action does not give it jurisdiction over prison officials in general. Summers v. Earth Island Inst., 555 U.S. 488, 491–93 (2009); Mayfield v. U.S., 599 F.3d 964, 969 (9th Cir. 2010). Rather, the Court's jurisdiction is limited to the parties in this action and to the viable legal claims upon which this action is proceeding. Summers, 555 U.S. at 491–93; Mayfield, 599 F.3d at 969.  If it is determined that Plaintiff states a cognizable claim and the Court orders service of the complaint, it will sua sponte set a settlement conference if deemed appropriate.  Thus, Plaintiff's motion is premature, and must be denied at this time.

IT IS SO ORDERED.

Dated:    **June 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2